# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LTC (RET) DWAYNE L. REYNOLDS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-143 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## AMENDED TRIAL PREPARATION SCHEDULING ORDER

With the parties having held a conference pursuant to the Order and Notice of Trial Preparation Requirements and the Court having conducted a Trial Preparation Scheduling Conference with the parties on August 17, 2022, the Court issues the following deadlines in anticipation of trial in this case.

| | |
|---|---|
| Deadline for *de bene esse* depositions | September 7, 2022 |
| Deadline for filing of witness lists | September 21, 2022 |
| Deadline for filing of deposition designations | October 7, 2022 |
| Deadline for objections to deposition designations | October 21, 2022 |
| Deadline for responses to objections to deposition designations | October 28, 2022 |

| | |
|---|---:|
| Deadline for filing of exhibit lists | October 7, 2022 |
| Deadline for objections to exhibit lists | October 21, 2022 |
| Deadline for responses to objections to exhibit lists | October 28, 2022 |
| Deadline for motions in limine | October 7, 2022 |
| Deadline for responses to motions in limine | October 21, 2022 |
| Deadlines for replies to responses to motions in limine | October 28, 2022 |
| Deadline for consolidated proposed pretrial order | December 15, 2022 |
| Pretrial Conference date | January 5, 2023 |
| Deadline for Proposed Findings of Fact, Summary of Depositions, and Conclusions of Law | January 11, 2023 |
| First day of trial | January 18, 2023 |

**SO ORDERED**, this 30th day of August, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA