AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LTC (RET) Dwayne L. Reynolds,

Plaintiff,

v.

The United States of America,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-143

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 22, 2023, the Court finds in favor of the Plaintiff Dwayne L. Reynolds and against the United States of America in the total amount of $210,000. This case stands closed.

Approved by: _[signature]_

June 30, 2023
Date

John E. Triplett, Acting Clerk
Clerk

_[signature] Morgan A. Akins_
(By) Deputy Clerk

GAS Rev 10/2020